JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.7324
    Facsimile:  415.436.7234
    Email: susan.b.gray@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> APPROXIMATELY $144,001 IN UNITED STATES CURRENCY, <br><br> Defendant. | No. CV 09-4182 JSW <br><br> **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** and **[PROPOSED] ORDER** <br><br> CMC Date: February 19, 2010 <br> Time: 1:30 p.m. <br> Location: Courtroom 11, 19th Floor |

Plaintiff, United States of America and Claimant James Anthony Pompey respectfully submit this Joint Case Management Statement.

**1. Jurisdiction and Service**

This Court has jurisdiction pursuant to Title 28, United States Code, Sections 1345 and 1355 and Title 21, United States Code, Section 881(a)(6). There are no counterclaims. Plaintiff has served notice of this action on all persons who may have an interest in the property. James Anthony Pompey has filed a claim and an answer. To date, no other claims have been filed in this action.

///

## 2. Substance of the Action

This is a forfeiture action. The defendant $144,001 was seized from the home of James Anthony Pompey during the execution of a state search warrant. Pompey was indicted in Santa Clara County on four counts: (1) criminal conspiracy to traffic in narcotics (Cal. Penal Code § 182(a) for violation of Cal. Health & Safety § 11352); (2) enhancement of punishment upon conviction related to unlawful possession or sale of 40 and 80 kilograms of a controlled substance (Cal. Health & Safety Code § 11370.4(5) and (6)); (3) possession of over $100,000 in drug proceeds (Cal. Health & Safety Code § 11370.6(a)); and (4) being felon in possession of a firearm (Cal. Penal Code § 12021). The state criminal trial was expected to occur in January of 2010, but for the reasons described in Section 10 below, it has been continued. In addition, Claimant Pompey has been indicted on cocaine trafficking charges in the Middle District of Georgia. The Claimant is currently in federal custody in the Middle District of Georgia. The government contends that there is sufficient evidence to believe that the defendant currency is subject to forfeiture, pursuant to Title 21, United States Code, Section 881(a)(6), as money furnished or intended to be furnished in exchange for a controlled substance, traceable to such an exchange or used or intended to be used to facilitate a violation of Subchapter I, Chapter 13 of Title 21 United States Code. Claimant's position is that the government cannot meet its burden of demonstrating a connection between the seized funds and drug trafficking.

## 3. Identification of the Issues

The United States submits that the principal factual and legal issues in dispute are: 1) whether plaintiff can establish by a preponderance of the evidence that the defendant $144,001 is drug proceeds and thus forfeitable under Title 21, United States Code, Section 881(a)(6), and 2) whether Claimant can establish by a preponderance of the evidence that he is the innocent owner of the defendant $144,001 in U.S. Currency.

Claimant Pompey disagrees that he must prove, by a preponderance of the evidence, that he is the "innocent owner " of the currency.

## 4. Narrowing of the Issues

None at this time.

**5. Motions**

The parties contemplate the possibility of filing pre-trial dispositive and non-dispositive motions. Because of the related criminal action currently pending in the Santa Clara Superior Court, and a pending federal indictment against Pompey in the Middle District of Georgia, the United States will request that this case be stayed until the conclusion of both pending criminal cases pursuant to 18 U.S.C. §981(g)(1).

Claimant objects to a stay of this matter. Further, claimant does not believe that a stay is authorized under 18 U.S.C. §(g)(1).

**6. Relief**

Plaintiff seeks a judgment of forfeiture of the defendant currency. This is not a damages case.

Claimant Pompey seeks the return of the defendant currency and attorneys fees.

**7. Discovery**

This is an in rem forfeiture case and is exempt from initial disclosures pursuant to Federal Rule of Civil Procedure 26 (a)(l)(B)(ii). The parties have not engaged in discovery at this time.

Given the pending state and federal criminal cases against Claimant, the United States will move for a stay of all proceedings, including discovery, pursuant to 18 U.S.C.§981(g)(1).

Claimant would like to immediately proceed with discovery.

**8. Alternative Means of Disposition**

The United States submits that at this juncture, especially with two related criminal cases still ongoing, matters are far too undeveloped to ascertain the possibility of settlement. However, in light of Claimant's position, the United States will discuss settlement with counsel for Claimant.

Claimant would like to immediately explore settlement and alternative means of resolution.

**9. Pretrial Conference and Trial Setting**

The parties anticipate a trial will take five to seven days.

JOINT CASE MANAGEMENT STATEMENT
CV 09-4182 JSW                                    3

Claimant Pompey has not yet requested a jury trial, but is expected to request one if the matter does not settle.

**10. Related Cases**

This case is related to <u>People v. James Anthony Pompey</u>, CC938342, which is currently pending in Santa Clara Superior Court. The trial in the state case was originally expected to take place on January 11, 2010. However, prior to the January trial date, Claimant Pompey was taken into federal custody on December 30, 2009, pursuant to an arrest warrant from the Middle District of Georgia. *See*, Docket Sheet in <u>United States v. Leonard Earnest Royster, Joginder Cheema, James Anthony Pompey</u>, # 7:09-CR-15-WLS, attached hereto as Exhibit A. Pompey is currently in federal custody in Georgia, facing charges for cocaine trafficking with an expected trial date in May, 2010.

**11. Cut-Off Dates**

The United States submits that it is too early to set dates. As noted above, the United States intends to seek a stay under 18 U.S.C. §981(g)(1), given the pendency of the state and federal cases against Claimant Pompey.

Claimant objects to any stay and will oppose any motion for a stay. Claimant will request, at the case management conference, that the Court set a discovery schedule, complete with cut-off dates, and the Court set a trial date. Claimant objects to any further continuance of the case management conference.

**12. Settlement**

The government's position is that at this juncture, especially with the related criminal cases still ongoing, matters are far too undeveloped to ascertain the possibility of settlement. However, in light of Claimant's position, the United States will discuss a possible settlement with counsel for Claimant.

Claimant would like to immediately pursue settlement of this matter.

**13. Other Matters**

The United States submits that: Assistant United States Attorney Susan B. Gray has joined the case as counsel for the United States. Ms. Gray will be out of the state on February

JOINT CASE MANAGEMENT STATEMENT
CV 09-4182 JSW                                     4

1  19, 2010, the date of the currently scheduled case management conference. She respectfully asks
2  the Court to continue the case management conference for several weeks, to February 26, March
3  5 or March 26, 2010, so that she may be present. In the alternative, the United States suggests
4  that the case management conference could be continued until early June, following the
5  conclusion of the federal criminal case in Georgia.

6      Claimant Pompey submits that: It is not certain that the federal case in Georgia will be
7  finished by early June. Wiretap and other motions may be filed in that case. The May, 2010
8  calling of the case is the first time Mr. Pompey will appear before the district judge assigned to
9  the case. Therefore, the case management conference should proceed as scheduled, and if the
10 government wishes to file a motion for a stay of these proceedings, the government is free to file
11 a motion. Counsel for Claimant Pompey is unavailable on March 5, 2010, and February 26,
12 2010.

13 Dated: February 12, 2010

15 /S/
DAVID J. COHEN
16 Attorney for Claimant
JAMES ANTHONY POMPEY

18 Dated: February 12, 2010

19 /S/
SUSAN B. GRAY
20 Assistant United States Attorney

21 [PROPOSED] ORDER

22     GOOD CAUSE APPEARING, THE CASE MANAGEMENT CONFERENCE
23 SCHEDULED FOR FEBRUARY 19, 2010, IS CONTINUED TO February 26, 2010, at 1:30 p.m.
24     IT IS SO ORDERED.

25 February 16, 2010

_____
JEFFREY S. WHITE
United States District Judge

27 Mr. Pompey requests that the Court set discovery deadlines as well as a trial date. The parties
shall meet and confer in advance of the next case management conference and submit an
28 updated case management statement setting forth proposed dates, in the event the Court denies
any motion to stay filed by Plaintiff.

JOINT CASE MANAGEMENT STATEMENT
CV 09-4182 JSW     5 The supplemental case management statement shall be due by no later than February 22, 2010.

EXHIBIT A

Case3:09-cv-04182-JSW Document14-5 Filed02/12/10 Page6 of 11

# LexisNexis· CourtLink·

**Single Search - with Terms and Connectors**

Enter keywords - Search multiple dockets & documents   [Search]   View Demo / Search Tips

| My CourtLink | Search | Dockets & Documents | Track | Alert | Strategic Profiles | My Account |

  Search > Docket Search > United States of America v. Royster et al

[New Docket Search]  [Search in Same Court]

**Docket Tools**

| Get Updated Docket | Track Docket Activity | Search for Similar | Set Alert for Similar Dockets |

This docket was retrieved from the court on 2/12/2010

CourtLink can alert you when there is new activity in this case

Start a new search based on the characteristics of this case

CourtLink alerts you when there are new cases that match characteristics of this case

[Add to My Briefcase]
[Email this Docket]
[Printer Friendly Format]

Additional resources for cases like this may be found in our LexisNexis Practice Area communities.

**Docket**

» Lexis@Web Search is enabled on this docket

---

## US District Court Criminal Docket

### U.S. District - Georgia Middle
### (Valdosta)

### 7:09cr15

### United States of America v. Royster et al

This case was retrieved from the court on Friday, February 12, 2010   Update Now

---

Date Filed: 09/16/2009       Class Code:
Other Docket: None            Closed: no

### Defendants

**Name**

Leonard Earnest Royster(1)

**Attorneys**

Bruce Steven Harvey
Lead Attorney
146 Nassau Street, N.W.
Atlanta, GA 30303
USA
Phone: (404)659-4628
Attorney to be Noticed
Designation: Retained
Email: bruce@bharveylawfirm.com

**Charges**                                          **Disposition**

**Complaints:** none

**Pending:** 21:846 i/c/w 21:841(a)(1), 841(b)(1)(A)(ii) and 18:2: Conspiracy to Distribute Narcotics: Conspiracy to Distribute Cocaine And Cocaine Base (1)

18:1956(a)(1)(B)(i): Money Laundering Controlled Substance - Sell/Distr/Disp: Money Laundering Conspiracy (2)

18:1956(a)(1)(B)(i): Money Laundering Controlled Substance - Sell/Distr/Disp: Money Laundering (3)
**Offense Level (Felony): 4**

**Terminated:** none

**Case Assigned:** Judge W Louis Sands
**Case Referred:** US Mag Judge Richard L Hodge

## Name

Joginder Cheema(2)

## Attorneys

## Charges

## Disposition

**Complaints:** none

**Pending:** 21:846 i/c/w 21:841(a)(1), 841(b)(1)(A)(ii) and 18:2: Conspiracy to Distribute Narcotics: Conspiracy to Distribute Cocaine And Cocaine Base (1)

18:1956(a)(1)(B)(i): Money Laundering Controlled Substance - Sell/Distr/Disp: Money Laundering Conspiracy (2)

18:1956(a)(1)(B)(i): Money Laundering Controlled Substance - Sell/Distr/Disp: Money Laundering (3)
**Offense Level (Felony): 4**

**Terminated:** none

**Case Assigned:** Judge W Louis Sands
**Case Referred:** US Mag Judge Richard L Hodge

## Name

James Anthony Pompey(3)

## Attorneys

Alan Baum
Lead Attorney
4181 Sunswept DR Ste 100
Studio City, CA 91604
USA
Phone: (818)487-7400
Pro Hac Vice
Attorney to be Noticed
Designation: Retained
Email: abaum@udgmail.com

John Gee Edwards
108 E. Valley Street
Valdosta, GA 31601
USA
Phone: (229)242-1790
Attorney to be Noticed
Designation: Retained

Email: edwardslaw@bellsouth.net

## Charges

**Complaints:** none

**Pending:** 21:846 i/c/w 21:841(a)(1), 841(b)(1)(A)(ii) and 18:2: Conspiracy to Distribute Narcotics: Conspiracy to Distribute Cocaine And Cocaine Base (1)
**Offense Level (Felony): 4**

**Terminated:** none

**Case Assigned:** Judge W Louis Sands
**Case Referred:** US Mag Judge Richard L Hodge

## Disposition

## U. S. Attorneys

Charles L. Calhoun
Lead Attorney
PO Box 1702
Macon, GA 31202-1702
USA
Phone: (478)752-3511
Attorney to be Noticed
Email: charles.calhoun@usdoj.gov

## Documents

[Retrieve Document(s)] [Send to TimeMap]

Items 1 to 46 of 4

| | Availability | No. | Date | Proceeding Text [Filter] |
|---|---|---|---|---|
| ☐ | Online | 1 | 09/16/2009 | INDICTMENT as to Leonard Earnest Royster (1) count(s) 1, 2, 3, Joginder Cheema (2) count(s) 1, 2, 3, James Anthony Pompey (3) count(s) 1. (ans) (Entered: 09/17/2009) |
| ☐ | Online | 6 | 09/30/2009 | Detainer Lodged as to James Anthony Pompey (ans) (Entered: 09/30/2009) |
| | Runner | -- | 10/07/2009 | Arrest of Leonard Earnest Royster (wks) (Entered: 10/07/2009) |
| ☐ | Online | 7 | 10/07/2009 | Minute Entry for proceedings held before U.S. Mag. Judge Richard L. Hodge:INITIAL APPEARANCE, BOND HEARING as to Leonard Earnest Royster held on 10/7/2009. (Court Reporter: Digitally Recorded.) (wks) (Entered: 10/07/2009) |
| ☐ | Online | 8 | 10/07/2009 | WAIVER of Counsel for Initial Appearance Hearing by Leonard Earnest Royster (ans) (Entered: 10/08/2009) |
| ☐ | Online | 9 | 10/07/2009 | ORDER Setting Conditions of Release as to Leonard Earnest Royster (1) $15,000 Unsecured. Ordered by U.S. Mag. Judge Richard L. Hodge on 10/07/09. (ans) (Entered: 10/08/2009) |
| ☐ | Online | 10 | 10/07/2009 | Appearance Bond Entered as to Leonard Earnest Royster in amount of $ 15,000 Unsecured, (ans) (Entered: 10/08/2009) |
| ☐ | Online | 11 | 10/09/2009 | Arrest Warrant as to Leonard Earnest Royster executed on 09/16/09. (ans) (Entered: 10/09/2009) |
| ☐ | Online | 12 | 10/13/2009 | NOTICE OF HEARING as to Leonard Earnest Royster: ARRAIGNMENT set for 10/21/2009 at 09:30 AM in Albany before U.S. Mag. Judge Richard L. Hodge. (wks) (Entered: 10/13/2009) |
| ☐ | Online | 13 | 10/16/2009 | Mail sent to Leonard Earnest Royster returned as undeliverable. (Attachments: # 1 Envelope) (wks) (Entered: 10/16/2009) |
| | Runner | -- | 10/20/2009 | NOTICE OF HEARING as to Leonard Earnest Royster Arraignment set for 10/21/2009 02:30 PM in Macon before U.S. Mag Judge Claude W. Hicks, Jr.. (mjw) (Entered: 10/20/2009) |
| | Runner | -- | 10/21/2009 | NOTICE OF HEARING as to Leonard Earnest Royster Arraignment RESCHEDULED for Monday, 10/26/2009 02:30 PM in Macon before U.S. Mag Judge Claude W. Hicks, Jr.. (mjw) (Entered: 10/21/2009) |
| | Runner | -- | 10/26/2009 | Attorney update in case as to Leonard Earnest Royster. Attorney Bruce Steven Harvey for Leonard Earnest Royster added. (mjw) (Entered: 10/26/2009) |

| | | | |
|---|---|---|---|
| ☐ Online | 14 | 10/26/2009 | Minute Entry for proceedings held before U.S. Mag Judge Claude W. Hicks, Jr.:Arraignment held on 10/26/2009 as to Leonard Earnest Royster (1) Count 1,2,3. (Court Reporter electronic recording.) (mjw) (Entered: 10/26/2009) |
| ☐ Online | 15 | 10/26/2009 | STANDARD PRETRIAL ORDER as to Leonard Earnest Royster. Ordered by U.S. Mag Judge Claude W. Hicks, Jr. on 10/26/09. (CWH) (Entered: 10/26/2009) |
| ☐ Online | 16 | 10/26/2009 | NOTICE of Estimated Sentencing Guidelines as to Leonard Earnest Royster Range of between 235 an 293 months. (ans) (Entered: 10/27/2009) |
| ☐ Online | 17 | 10/26/2009 | PLEA SHEET as to Leonard Earnest Royster (ans) (Entered: 10/27/2009) |
| ☐ Online | 18 | 10/26/2009 | NOTICE of DNA Testing as to Leonard Earnest Royster (ans) (Entered: 10/27/2009) |
| ☐ Online | 19 | 10/27/2009 | NOTICE TO RETAINED ATTORNEY Bruce Steven Harvey appearing for Leonard Earnest Royster of Court's policy regarding withdrawal of retained attorneys in criminal cases. (ans) (Entered: 10/27/2009) |
| ☐ Online | 20 | 10/29/2009 | MOTION to Continue Trial in the Interest of Justice by United States of America as to Leonard Earnes Royster. (Attachments: # 1 Text of Proposed Order)(Calhoun, Charles) (Entered: 10/29/2009) |
| ☐ Online | 21 | 11/09/2009 | ORDER granting 20 Motion to Continue Trial in the Interests of Justice as to Leonard Earnest Royster (1). Ordered by Judge W. Louis Sands on 11/06/09 nun pro tunc 10/29/09. (ans) (Entered: 11/10/2009) |
| ☐ Online | 22 | 11/16/2009 | NOTICE OF ATTORNEY APPEARANCE: John Gee Edwards appearing for James Anthony Pompey (Edwards, John) (Entered: 11/16/2009) |
| Runner | -- | 11/20/2009 | Attorney update in case as to James Anthony Pompey. Attorney Alan Baum for James Anthony Pompey added. (nop) (Entered: 11/20/2009) |
| Runner | -- | 11/20/2009 | Pro Hac Vice Fee Received from Alan Baum. Filing fee: $100, receipt number 533263. Attorney admitted pro hac vice as of 11/20/09. (nop) (Entered: 11/20/2009) |
| ☐ Online | 23 | 12/15/2009 | MOTION for Writ of Habeas Corpus ad prosequendum by United States of America as to James Anthony Pompey.. Motion(s) referred to Richard L. Hodge.(Calhoun, Charles) (Entered: 12/15/2009) |
| ☐ Online | 24 | 12/16/2009 | ORDER granting 23 Motion for Writ of Habeas Corpus ad prosequendum as to James Anthony Pompe (3). Ordered by U.S. Mag Judge Claude W. Hicks, Jr. on 12/16/09. (CWH) (Entered: 12/16/2009) |
| ☐ Online | 25 | 12/31/2009 | NOTICE OF HEARING as to Leonard Earnest Royster Pretrial Conference set for 1/13/2010 @ 3:00 PM in Albany before Judge W. Louis Sands. (jbk) (Entered: 12/31/2009) |
| ☐ Online | 26 | 01/04/2010 | Arrest Warrant as to James Anthony Pompey executed on 12/30/09. (ans) (Entered: 01/04/2010) |
| ☐ Online | 27 | 01/04/2010 | MOTION to Continue Pretrial Conference and Motions Hearing by Leonard Earnest Royster as to Leonard Earnest Royster (Harvey, Bruce) Modified on 1/11/2010 as to Defendant Royster only. (Entered: 01/04/2010) |
| ☐ Online | 28 | 01/06/2010 | RESPONSE to Motion by United States of America as to Leonard Earnest Royster, James Anthony Pompey re 27 MOTION to Continue (Attachments: # 1 Text of Proposed Order)(Calhoun, Charles) (Entered: 01/06/2010) |
| ☐ Online | 29 | 01/06/2010 | ORDER granting 27 Motion to Continue as to Leonard Earnest Royster (1). Ordered by Judge W. Loui Sands on 01/05/10. (ans) (Entered: 01/08/2010) |
| ☐ Online | 30 | 01/13/2010 | ORDER TO CONTINUE - Ends of Justice as to Leonard Earnest Royster, James Anthony Pompey Time excluded from 01/13/10 until 05/03/10.. Ordered by Judge W. Louis Sands on 01/13/10. (ans) (Entered: 01/14/2010) |
| Runner | -- | 01/15/2010 | NOTICE OF HEARING as to James Anthony Pompey Arraignment set for 1/19/2010 02:30 PM in Macc before U.S. Mag Judge Claude W. Hicks, Jr.. Initial Appearance set for 1/19/2010 02:30 PM in Macon before U.S. Mag Judge Claude W. Hicks, Jr.. (mjw) (Entered: 01/15/2010) |
| ☐ Online | 31 | 01/19/2010 | STANDARD PRETRIAL ORDER as to James Anthony Pompey. Ordered by U.S. Mag Judge Claude W. Hicks, Jr. on 1/19/10. (CWH) (Entered: 01/19/2010) |
| ☐ Online | 32 | 01/19/2010 | Minute Entry for proceedings held before U.S. Mag Judge Claude W. Hicks, Jr.:Initial Appearance as t James Anthony Pompey held on 1/19/2010, Arraignment held on 1/19/2010 as to James Anthony Pompey (3) Count 1. (Court Reporter Digitally Recorded.) (ans) (Entered: 01/19/2010) |
| ☐ Online | 33 | 01/19/2010 | ORDER as to James Anthony Pompey holding in abeyance consideration of pretrial release pending th defendant's release from custody in California. Defendant remanded to the custody of the U. S. Marshal for the Middle District of Georgia. Ordered by U.S. Mag Judge Claude W. Hicks, Jr. on 1/19/10. (CWH) (Entered: 01/19/2010) |
| ☐ Online | 34 | 01/19/2010 | NOTICE of Estimated Sentencing Guidelines as to James Anthony Pompey Range of between 188 anc 235 months. (ans) (Entered: 01/20/2010) |
| Runner | -- | 01/20/2010 | Notice of Error in Filing (related document(s): 34 Notice of Estimated Sentencing Guidelines ) - wron document attached. (ans) (Entered: 01/20/2010) |
| ☐ Online | 35 | 01/20/2010 | NOTICE of Estimated Sentencing Guidelines as to James Anthony Pompey Range of between 188 anc 235 months. (ans) (Entered: 01/20/2010) |
| Online | 36 | 01/20/2010 | PLEA SHEET as to James Anthony Pompey (ans) (Entered: 01/20/2010) |

| | | | | |
|---|---|---|---|---|
| ☐ | Online | 37 | 01/20/2010 | NOTICE of DNA Testing as to James Anthony Pompey (ans) (Entered: 01/20/2010) |
| ☐ | Online | 38 | 01/20/2010 | NOTICE TO RETAINED ATTORNEY John Gee Edwards appearing for James Anthony Pompey of Court's policy regarding withdrawal of retained attorneys in criminal cases. (ans) (Entered: 01/20/2010) |
| ☐ | Online | 39 | 01/22/2010 | NOTICE OF ATTORNEY APPEARANCE: John Gee Edwards appearing for James Anthony Pompey Entry of Appearance for Attorney Alan Baum (Edwards, John) (Entered: 01/22/2010) |
| ☐ | Online | 40 | 01/22/2010 | MOTION for Discovery by James Anthony Pompey.. Motion(s) referred to Richard L. Hodge.(Edwards, John) (Entered: 01/22/2010) |
| ☐ | Online | 41 | 02/10/2010 | MOTION for Extension of Time to File Particularized Motions by Leonard Earnest Royster.. Motion(s) referred to Richard L. Hodge.(Harvey, Bruce) (Entered: 02/10/2010) |
| ☐ | Online | 42 | 02/12/2010 | MOTION for Extension of Time to File by James Anthony Pompey. (Attachments: # 1 Text of Propose Order). Motion(s) referred to Richard L. Hodge.(Edwards, John) (Entered: 02/12/2010) |

Items 1 to 46 of 4



Need a better solution for receiving and sending service in your cases? Get more control over managing service in al of your cases and reduce associated overhead with LexisNexis File & Serve E-Service. Getting started is easy. Call **1.800.869.1910** or **click here.**

**LexisNexis**

About LexisNexis | Terms & Conditions | Pricing | Privacy | Customer Support - 1-888-311-1966
Copyright © 2010 LexisNexis®. All rights reserved.