DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant
**Approximately $144,001 in United States Currency** and
**Real Party in Interest James Anthony Pompey**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> APPROXIMATELY $144,001 IN UNITED STATES CURRENCY and REAL PARTY IN INTEREST JAMES ANTHONY POMPEY, <br><br> Defendants. | Case No. CV 09-4182 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the parties that the case management conference currently scheduled for February 26, 2010 at 1:30 p.m. be continued to April 2, 2010 at 1:30 p.m.

**IT IS FURTHER STIPULATED** that the amended joint case management conference statement currently scheduled to be filed on or before February 22, 2010 be due to be filed by March 29, 2010.

1

The reasons for this stipulation are as follows:

1. In the joint case management conference statement filed on February 12, 2010, the United States requested that the CMC conference date be continued from February 19, 2010 because of unavailability of the Assistant United States Attorney currently assigned to this case. Claimant Pompey objected, but indicated that if the CMC conference date were to be continued, counsel for Mr. Pompey would not be available on February 26, 2010 and March 5, 2010.

2. Counsel for Mr. Pompey will be out of town and in Florida on February 26, 2010, a trip which was scheduled at the time the CMC conference statement was filed on February 12, 2010.

3. A continuance of the CMC conference and of the date for filing the amended CMC conference statement will facilitate the parties meeting and conferring about discovery and trial dates, as ordered by the Court on February 16, 2010.

4. Accordingly, the parties stipulate to the proposed continuance to a date when both counsel are available.

**IT IS SO STIPULATED.**

JOSEPH P. RUSSONIELLO

United States Attorney

Dated: February 18, 2010   By: /s/ Susan B. Gray
SUSAN B. GRAY, ESQ.
Assistant United States Attorney

2

```
Dated: February 18, 2010      By: /s/ David J. Cohen
                                  DAVID J. COHEN, ESQ.
                                  Attorney for Defendant **Pompey**
```

**IT IS SO ORDERED.**

Dated: February 18, 2010

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

3