JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102-3495
Telephone: 415.436.7324
Facsimile: 415.436.7234
email: susan.b.gray@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APPROXIMATELY $144,001 IN UNITED ) <br> STATES CURRENCY, ) <br> ) <br> Defendant. ) <br> _____) | No. CV 09-4182 JSW <br><br> [PROPOSED] ORDER |

GOOD CAUSE APPEARING, the date for the case management conference currently scheduled for April 2, 2010, is vacated. A new date for the case management conference: will be set at the hearing on the United States' Motion to Stay on May 14, 2010. or by further order of the Court, if the Court finds the matter suitable for disposition without oral argument.

IT IS SO ORDERED.

DATED: March 29, 2010

_____
JEFFREY S. WHITE
United States District Judge