JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.7324
    Facsimile:  415.436.7234
    Email: susan.b.gray@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>   v.<br>APPROXIMATELY $144,001 IN UNITED STATES CURRENCY,<br>            Defendant. | No. CV 09-4182 JSW<br><br>[PROPOSED]<br>ORDER SEALING THE *EX PARTE* DECLARATION OF SPECIAL AGENT ANTHONY HERRERA RE: STATUS REPORT |

      The United States has applied to this Court for an Order sealing the *Ex Parte* Declaration of Special Agent Anthony Herrera Re: Status Report.

      UPON CONSIDERATION of that application and the entire record, and for good cause shown, it is hereby:

      ORDERED that the *Ex Parte* Declaration of Anthony Herrera. Re: Status Report shall be filed under seal of this Court pursuant to 18 U.S.C.§981(g)(5), and shall not be disclosed to any person until further order of the Court.

Dated: June 22 , 2010

*[signature]*
JEFFREY S. WHITE
United States District Judge