1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Acting Chief, Criminal Division
4  SUSAN B. GRAY (CSBN 100374)
   Assistant United States Attorney
5
6      450 Golden Gate Avenue, 11th Floor
       San Francisco, CA 94102
       Telephone: 415.436.7324
7      Facsimile:  415.436.7234
       Email: susan.b.gray@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                         SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )   No. CV 09-4182 JSW
14                                   )
                Plaintiff,            )
15                                   )   STATUS REPORT
            v.                       )   AND
16                                   )   [PROPOSED] ORDER
    APPROXIMATELY $144,001 IN UNITED )   CONTINUING STAY
17  STATES CURRENCY                  )
                                     )
18              Defendant.           )
                                     )
19  _____

20         Pursuant to this Court's Order dated May 3, 2010, plaintiff United States of
21  America, submits the following status report regarding both the state and federal ongoing
22  criminal proceedings related to this pending civil forfeiture action and the continued need for a
23  stay pursuant to 18 U.S.C. § 981(g)(1).
24         The status of the ongoing state and federal criminal cases is set forth in the *Ex*
25  *Parte* Declaration of Assistant United States Attorney Susan B. Gray Re: Status Report, which
26  the United States requests to be filed under seal. The declaration the United States seeks to
27  submit under seal contains information , which if disclosed, could adversely affect the ongoing
28  //

1 | criminal cases.

Respectfully Submitted,

MELINDA HAAG
United States Attorney

Dated: November 2, 2010

_____
SUSAN B. GRAY
Assistant United States Attorney

[PROPOSED] ORDER

The Court, having considered the Status Report and the Ex Parte Declaration submitted, HEREBY CONTINUES the stay in this case. The parties shall submit further status reports in accordance with this Court's previous Order. If at any time any party believes the stay should be lifted, that party should file an appropriate motion with the Court.

Dated: November 10, 2010

_____
JEFFREY S. WHITE
United States District Judge

Status Report & PO
C 09-4182 JSW

2