MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.7324
    Facsimile:  415.436.7234
    Email: susan.b.gray@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $144,001 IN UNITED STATES CURRENCY,<br><br>                Defendant. | No. CV 09-4182 JSW<br><br>[PROPOSED]<br>ORDER SEALING THE *EX PARTE* DECLARATION OF ASSISTANT UNITED STATES ATTORNEY SUSAN B. GRAY RE: STATUS REPORT |

    The United States has applied to this Court for an Order sealing the *Ex Parte* Declaration of Assistant United States Attorney Susan B. Gray Re: Status Report.

    UPON CONSIDERATION of that application and the entire record, and for good cause shown, it is hereby:

    ORDERED that the *Ex Parte* Declaration of Assistant United States Attorney Susan B. Gray Re: Status Report shall be filed under seal of this Court pursuant to 18 U.S.C. §981(g)(5), and shall not be disclosed to any person until further order of the Court.

Dated: December 22, 2010

_____
JEFFREY S. WHITE
United States District Judge