MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
Telephone: 415.436.7324
Facsimile: 415.436.7234
Email: susan.b.gray@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>APPROXIMATELY $144,001 IN UNITED STATES CURRENCY,<br><br>    Defendant. | No. CV 09-4182 JSW<br><br>STATUS REPORT<br>and<br>[~~PROPOSED~~] ORDER |

Pursuant to this Court's Order dated May 3, 2010, plaintiff United States of America, submits the following status report regarding both the state and federal ongoing criminal proceedings related to this pending civil forfeiture action and the continued need for a stay pursuant to 18 U.S.C. §981(g)(1).

The status of the ongoing state and federal criminal cases is set forth in the *Ex Parte* Declaration of Assistant United States Attorney Susan B. Gray Re: Status Report, which the United States requests to be filed under seal. The declaration the United States seeks to submit under seal contains information, which if disclosed, could adversely affect the ongoing

criminal cases.

Respectfully Submitted,

MELINDA HAAG
United States Attorney

Dated: December 22, 2010

_____
SUSAN B. GRAY
Assistant United States Attorney

[PROPOSED] ORDER

The Court, having considered the Status Report and the Ex Parte Declaration submitted, HEREBY CONTINUES the stay in this case.

Dated: December 22, 2010

_____
JEFFREY S. WHITE
United States District Judge

Status Report
CV 09-4182 JSW                                    2