MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.6857
    Facsimile: 415.436.7234
    Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> APPROXIMATELY $144,001 IN UNITED STATES CURRENCY, <br>     Defendant. | No. CV 09-4182 JSW <br><br> ORDER (1) GRANTING MOTION TO EXTEND TIME *NUNC PRO TUNC*; AND (2) CONTINUING THE STAY IN THE INSTANT CASE |

UPON CONSIDERATION of the February 18, 2011 Administrative Motion of the United States, the entire record and for good cause shown, it is by the Court on February 25th, 2011,

ORDERED that the Administrative Motion be, and hereby is, GRANTED, such that the time is extended *nunc pro tunc* to allow for the filing of the *Ex Parte* Declaration of Assistant United States Attorney Patricia J. Kenney Re: Status Report, to and including February 25, 2011; and it is further

ORDERED that the stay in this case is to be continued until further order of this Court.

_____
HONORABLE JEFFREY S. WHITE
United States District Judge