MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.6857
    Facsimile: 415.436.7234
    Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> APPROXIMATELY $144,001 IN UNITED STATES CURRENCY, </br></br> Defendant. | No. CV 09-4182 JSW </br></br> ORDER CONTINUING THE STAY IN THE INSTANT CASE AND PROVIDING THAT THE UNITED STATES FILE REPORTS IN THE FUTURE EVERY 90 DAYS |

UPON CONSIDERATION of the May 19, 2011 Administrative Motion of the United States, the entire record and for good cause shown, it is by the Court on May 25, 2011,

ORDERED that the Administrative Motion be, and hereby is, GRANTED; and it is further

ORDERED that the stay in this case is to be continued until further order of this Court; and it is further

ORDERED that, going forward, the United States shall file a status report every 90 days, rather than every 45 days.

HONORABLE JEFFREY S. WHITE
United States District Judge