MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.6857
Facsimile: 415.436.7234
Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> APPROXIMATELY $144,001 IN UNITED STATES CURRENCY, <br><br> Defendant. <br><br> JAMES ANTHONY POMPEY, <br><br> Claimant. | No. 09-CV-4182 JSW <br><br> STIPULATION AND ORDER RE: SCHEDULING |

1  The United States and claimant agree, subject to the Court's approval, that the United States
2  can have to and including October 28, 2011 to file its opposition to claimant's "Motion to Release
3  Funds for Legal Fees." Unless time is extended, the opposition of the United States is currently due
4  on or before October 21, 2011. Counsel for claimant has requested that he be given to and including
5  November 2, 2011 to reply. The United States has no objection. Because the scheduled a hearing
6  on claimant's motion is December 2, 2011, the extensions requested will not affect the hearing date
7  or shorten the Court's time for consideration of the motion and opposition.

8  The reason for the extensions are that, although the United States has two weeks from the
9  filing of a motion to file an opposition, claimant's motion was filed late on Friday, October 7, and,
10 as a result, the undersigned Assistant United States Attorney did not receive it until after the federal
11 holiday on Tuesday, October 11. Due to the press of other court business, the undersigned needs
12 additional time to respond.

13 IT IS SO STIPULATED:

MELINDA HAAG
United States Attorney

14 Dated: October 18, 2011

PATRICIA J. KENNEY
Assistant United States Attorney
Attorney for the United States

BAY AREA CRIMINAL LAWYERS, PC

18 Dated: October 18, 2011

DAVID J. COHEN
Attorney for James Anthony Pompey

22 IT IS SO ORDERED ON THIS 19th DAY OF OCTOBER, 2011, PURSUANT TO THE
23 FOREGOING STIPULATION, THAT THE OPPOSITION OF THE UNITED STATES TO
24 CLAIMANT'S MOTION IS DUE TO BE FILED ON OR BEFORE OCTOBER 28, 2011, AND
25 THAT CLAIMANT'S REPLY IS DUE TO BE FILED ON OR BEFORE NOVEMBER 2, 2011.

**If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.**

HONORABLE JEFFREY S. WHITE
United States District Judge

Stipulation and Order RE: Scheduling
No. 09-CV-4182 JSW                    2