MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, CA 94102
    Telephone: 415.436.6857
    Facsimile:  415.436.7234
    Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 09-CV-4182 JSW |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER RE: SCHEDULING |
| APPROXIMATELY $144,001 IN UNITED STATES CURRENCY, | ) | |
| Defendant. | ) | |
| JAMES ANTHONY POMPEY, | ) | |
| Claimant. | ) | |

1    The United States and claimant agree, subject to the Court's approval, that the United States

2    can have to and including October 28, 2011 to file its opposition to claimant's "Motion to Release

3    Funds for Legal Fees." Unless time is extended, the opposition of the United States is currently due

4    on or before October 21, 2011. Counsel for claimant has requested that he be given to and including

5    November 2, 2011 to reply. The United States has no objection. Because the scheduled a hearing

6    on claimant's motion is December 2, 2011, the extensions requested will not affect the hearing date

7    or shorten the Court's time for consideration of the motion and opposition.

8    The reason for the extensions are that, although the United States has two weeks from the

9    filing of a motion to file an opposition, claimant's motion was filed late on Friday, October 7, and,

10   as a result, the undersigned Assistant United States Attorney did not receive it until after the federal

11   holiday on Tuesday, October 11. Due to the press of other court business, the undersigned needs

12   additional time to respond.

13   IT IS SO STIPULATED:

14                                            MELINDA HAAG
                                             United States Attorney
15   Dated: October 18, 2011

                                             PATRICIA J. KENNEY
16                                           Assistant United States Attorney
                                             Attorney for the United States
17

18                                           BAY AREA CRIMINAL LAWYERS, PC
     Dated: October 18, 2011
19
                                             DAVID J. COHEN
20                                           Attorney for James Anthony Pompey

21

22   IT IS SO ORDERED ON THIS __19th__ DAY OF OCTOBER, 2011, PURSUANT TO THE

23   FOREGOING STIPULATION, THAT THE OPPOSITION OF THE UNITED STATES TO

24   CLAIMANT'S MOTION IS DUE TO BE FILED ON OR BEFORE OCTOBER 28, 2011, AND

25   THAT CLAIMANT'S REPLY IS DUE TO BE FILED ON OR BEFORE NOVEMBER 2, 2011.

26   **If the Court finds the matter suitable
     for disposition without oral argument, it**
27   **shall notify the parties in advance of the**                HONORABLE JEFFREY S. WHITE
28   **hearing date.**                                             United States District Judge

Stipulation and Order RE: Scheduling
No. 09-CV-4182 JSW                        2