IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 09-04182 JSW |
| Plaintiff, | **ORDER GRANTING REQUEST TO LIFT STAY AND TO SET CASE MANAGEMENT CONFERENCE** |
| v. | |
| APPROXIMATELY $144,001 IN UNITED STATES CURRENCY, | |
| Defendant. | |

On October 19, 2012, the United States filed a request to lift the stay in this proceeding. The United States represents that the related state criminal case resulted in a guilty plea by the claimant in this proceeding. Claimant, James Anthony Pompey, has not opposed the request to lift the stay. Thus, the United States takes the position that proceeding with this case would no longer adversely affect its ability to conduct a related criminal investigation or prosecution. *See* 18 U.S.C. § 981(g). Accordingly, the Court GRANTS the request to lift the stay.

The parties shall appear for an initial case management conference on Friday, December 7, 2012, at 1:30 p.m. The parties' joint case management statement shall be due on November 30, 2012.

**IT IS SO ORDERED.**

Dated: October 29, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE