IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $144,001 IN UNITED STATES CURRENCY,<br><br>    Defendant.<br>_____ / | No. C 09-04182 JSW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

This matter is scheduled for a case management conference on Friday, December 7, 2012 at 1:30 p.m. The Court has received and considered the parties' joint case management conference statement. The Court CONTINUES the case management conference to Friday, February 8, 2013, at 1:30 p.m.

It is HEREBY ORDERED that in the event the parties have not reached a stipulation regarding forfeiture by February 1, 2013, they shall file a further joint case management statement on that date, in which the parties shall set forth deadlines by which the United States shall file a motion for summary judgment and, in the event that motion is denied, proposed pretrial and trial dates.

**IT IS SO ORDERED.**

Dated: December 3, 2012

                                                   JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE

Case3:09-cv-04182-JSW Document94 Filed12/03/12 Page2 of 2