**United States District Court**
For the Northern District of California

1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT
7
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9    UNITED STATES OF AMERICA,                    No. C 09-04182 JSW
10           Plaintiff,                           **ORDER CONTINUING CASE
                                                  MANAGEMENT CONFERENCE**
11     v.
12   APPROXIMATELY $144,001 IN UNITED
     STATES CURRENCY,
13
             Defendant.
14
     _____/
15
16        This matter is scheduled for a case management conference on Friday, December 7,
17   2012 at 1:30 p.m.  The Court has received and considered the parties' joint case management
18   conference statement.  The Court CONTINUES the case management conference to Friday,
19   February 8, 2013, at 1:30 p.m.
20        It is HEREBY ORDERED that in the event the parties have not reached a stipulation
21   regarding forfeiture by February 1, 2013, they shall file a further joint case management
22   statement on that date, in which the parties shall set forth deadlines by which the United States
23   shall file a motion for summary judgment and, in the event that motion is denied, proposed
24   pretrial and trial dates.
25        **IT IS SO ORDERED.**
26   Dated: December 3, 2012
                                                  _____
27                                                JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE
28