1   MELINDA HAAG (CSBN 132612)
    United States Attorney
2
    MIRANDA KANE (CSBN 150630)
3   Chief, Criminal Division

4   PATRICIA J. KENNEY (CSBN 130238)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, 11th Floor
6       San Francisco, CA 94102
        Telephone:  415.436.6857
7       Facsimile:  415.436.7234
        Email:      patricia.kenney@usdoj.gov
8
    Attorneys for United States of America
9

10                  UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14

15
    UNITED STATES OF AMERICA,            )      No. CV 09-4182 JSW
16                                        )
                        Plaintiff,        )
17                                        )
                    v.                    )          JOINT CASE
18                                        )    MANAGEMENT STATEMENT
    APPROXIMATELY $144,001 IN             )
19  UNITED STATES CURRENCY,               )      Date:  March 28, 2013
                                          )      Time:  1:30 p.m.
20                      Defendant.        )      Place: Courtroom 11, 19th Floor
                                          )             450 Golden Gate Ave.
21  _____       )             San Francisco, CA
                                          )
22  JAMES ANTHONY POMPEY,                 )
                                          )
23                      Claimant.         )
    _____       )

24

25

26

27

28

This is a judicial forfeiture action. The Court has jurisdiction over defendant $144,001 under 21 U.S.C. § 881(a)(6).

Following the filing of this action, the action was stayed pending resolution of a federal criminal case in the Middle District of Georgia against claimant Pompey and a state criminal drug trafficking case in Superior Court for Santa Clara County against claimant Pompey. Those cases have since been resolved. In October 2011, Pompey was convicted on criminal drug trafficking charges in the Middle District of Georgia involving a conspiracy to distribute between 50 and 150 kilograms of cocaine.[1] In August 2012, Pompey was convicted on criminal drug trafficking charges in Superior Court for Santa Clara County and admitted that defendant $144,001 in this action was proceeds of the state drug trafficking charges on which he was convicted.[2] Pompey is represented in the state criminal case and in this federal civil forfeiture case by counsel David Cohen.

Following Pompey's entry of a guilty plea on August 3, 2012, the United States requested Mr. Cohen to have his client, Pompey, stipulate to a judgment of forfeiture of defendant $144,001 and an order dismissing this action because Pompey had already admitted in the state court case that defendant $144,001 is the proceeds of drug trafficking. *See* Joint Case Management Statement, filed November 30, 2013. On January 25, 2013, Mr. Cohen emailed the undersigned AUSA, agreeing that

---

[1]    In 2009, a grand jury in the Middle District of Georgia indicted James Anthony Pompey with conspiracy to distribute cocaine and cocaine base in violation of 21 U.S.C. § 846, 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(A)(ii) and 18 U.S.C. § 2. *United States v. Pompey*, No. 7:09-CR-15(HL) (M.D. Ga.), Indictment, filed September 16, 2009. On October 6, 2011, Pompey plead guilty to a conspiracy to distribute cocaine between 50 and 150 kilograms of cocaine between early in 2005 to on or about November 2006. *See* Opposition of the United States to Claimant Pompey's Motion to Release Funds for Legal Fees, filed October 28, 2011, and Exhibit A. In the federal case, Pompey admitted that law enforcement seized $828,970 in November 2006 intended as payment to him for cocaine he had sold. *Id.*

[2]    On August 3, 2012, claimant Pompey plead guilty to Count 9 of an Indictment in Superior Court for Santa Clara County charging him with conspiracy to violate California Health and Safety Code 11352, and admitted a number of overt acts in furtherance of that conspiracy. *United States v. Pompey*, No. 211412 (Sup. Ct., Santa Clara County), Indictment, filed June 25, 2009; August 3, 2012 Transcript; Certified Docket Sheet. One of the six overt acts which defendant Pompey admitted was that he "on or about March 18, 2009, possessed $144,001 in illegal drug proceeds at 36676 Port Fogwood, Newark, California." Defendant $144,001 in this civil forfeiture action is the same $144,001 which defendant Pompey admitted were drug proceeds. *See* Complaint for Forfeiture, at 3, paragraph 17.

1  Pompey's state court admission is a basis for the federal forfeiture of that same $144,001 in this case.

2  At that time, Mr. Cohen suggested that due to "logistical issues with the Bureau of Prisons" it would

3  take additional time for Mr. Cohen to obtain his client's signature and asked the Court to reschedule

4  the CMC for early April by which time he hoped to have this matter resolved.  Subsequently, the

5  clerk rescheduled the CMC for March 28, 2013.  *See* Clerk's Notice, filed January 29, 2013.

6          Since the filing of the JSMS on January 28, 2013, an issue has arisen as to defendant

7  Pompey's sentence in the state criminal case.  The state court judge sentenced Pompey to 16 years

8  to run concurrently with his federal sentence.  Today, March 22, 2013, Mr. Cohen is filing a writ of

9  habeas corpus to withdraw the plea so that Pompey can be returned to San Jose where the Deputy

10  District Attorney (DDA) Patrick Vanier, Mr. Cohen and Pompey can work out, if possible, the

11  custody and credit issues which have arisen. The DDA has not yet responded.  If the state court were

12  to allow Pompey to withdraw his plea, however, then Mr. Cohen contends that the admission during

13  the change of plea in state court that the $144,001 is proceeds could not be used in this forfeiture

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

US Case Mgmt. Stmt.
CV 09-4182 JSW                          3

1  action.  As a result, Mr. Cohen asks the Court to reschedule the case management conference for

2  May 2, 2013 to allow the DDA and him an opportunity to resolve the issues in connection with the

3  state criminal matter.

4

5  IT IS SO STIPULATED:                              MELINDA HAAG
                                                     United States Attorney
6

7  Dated: March 22, 2013

8                                                    PATRICIA J. KENNEY
                                                     Assistant United States Attorney
                                                     Attorneys for the United States
9

10                                                   Bay Area Criminal Lawyers, PC

11

12  Dated: March 22, 2013

13                                                   DAVID COHEN
                                                     Attorney for Claimant
                                                     James Anthony Pompey
14

15  PURSUANT TO THE FOREGOING STIPULATION IT IS SO ORDERED ON THIS 25th

16  DAY  OF  MARCH,  2013,  AND  THE  CASE  MANAGEMENT  CONFERENCE  IS
                         May 10, 2013 at 1:30 p.m.
17  RESCHEDULED FOR ~~MAY 2, 2013 AT 9:00 A.M.~~ AND THE PARTIES ARE TO FILE A JOINT

18  CASE MANAGEMENT STATEMENT ON OR BEFORE ~~APRIL 25, 2013.~~ May 3, 2013.

19

20

21                                                   HONORABLE JEFFREY S. WHITE
                                                     United States District Judge
22

23

24

25

26

27

28