MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

      450 Golden Gate Avenue, 11th Floor
      San Francisco, CA 94102
      Telephone:  415.436.6857
      Facsimile:   415.436.7234
      Email:        patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CV 09-4182 JSW |
|            Plaintiff, | ) | |
| | ) | JOINT CASE |
|    v. | ) | MANAGEMENT STATEMENT |
| | ) | |
| APPROXIMATELY $144,001 IN | ) | Date:   March 28, 2013 |
| UNITED STATES CURRENCY, | ) | Time:   1:30 p.m. |
| | ) | Place:  Courtroom 11, 19th Floor |
|            Defendant. | ) |       450 Golden Gate Ave. |
| | ) |       San Francisco, CA |
| JAMES ANTHONY POMPEY, | ) | |
| | ) | |
|            Claimant. | ) | |
| | ) | |

This is a judicial forfeiture action. The Court has jurisdiction over defendant $144,001 under 21 U.S.C. § 881(a)(6).

Following the filing of this action, the action was stayed pending resolution of a federal criminal case in the Middle District of Georgia against claimant Pompey and a state criminal drug trafficking case in Superior Court for Santa Clara County against claimant Pompey. Those cases have since been resolved. In October 2011, Pompey was convicted on criminal drug trafficking charges in the Middle District of Georgia involving a conspiracy to distribute between 50 and 150 kilograms of cocaine.[1] In August 2012, Pompey was convicted on criminal drug trafficking charges in Superior Court for Santa Clara County and admitted that defendant $144,001 in this action was proceeds of the state drug trafficking charges on which he was convicted.[2] Pompey is represented in the state criminal case and in this federal civil forfeiture case by counsel David Cohen.

Following Pompey's entry of a guilty plea on August 3, 2012, the United States requested Mr. Cohen to have his client, Pompey, stipulate to a judgment of forfeiture of defendant $144,001 and an order dismissing this action because Pompey had already admitted in the state court case that defendant $144,001 is the proceeds of drug trafficking. *See* Joint Case Management Statement, filed November 30, 2013. On January 25, 2013, Mr. Cohen emailed the undersigned AUSA, agreeing that

---

[1]    In 2009, a grand jury in the Middle District of Georgia indicted James Anthony Pompey with conspiracy to distribute cocaine and cocaine base in violation of 21 U.S.C. § 846, 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(A)(ii) and 18 U.S.C. § 2. *United States v. Pompey*, No. 7:09-CR-15(HL) (M.D. Ga.), Indictment, filed September 16, 2009. On October 6, 2011, Pompey plead guilty to a conspiracy to distribute cocaine between 50 and 150 kilograms of cocaine between early in 2005 to on or about November 2006. *See* Opposition of the United States to Claimant Pompey's Motion to Release Funds for Legal Fees, filed October 28, 2011, and Exhibit A. In the federal case, Pompey admitted that law enforcement seized $828,970 in November 2006 intended as payment to him for cocaine he had sold. *Id.*

[2]    On August 3, 2012, claimant Pompey plead guilty to Count 9 of an Indictment in Superior Court for Santa Clara County charging him with conspiracy to violate California Health and Safety Code 11352, and admitted a number of overt acts in furtherance of that conspiracy. *United States v. Pompey*, No. 211412 (Sup. Ct., Santa Clara County), Indictment, filed June 25, 2009; August 3, 2012 Transcript; Certified Docket Sheet. One of the six overt acts which defendant Pompey admitted was that he "on or about March 18, 2009, possessed $144,001 in illegal drug proceeds at 36676 Port Fogwood, Newark, California." Defendant $144,001 in this civil forfeiture action is the same $144,001 which defendant Pompey admitted were drug proceeds. *See* Complaint for Forfeiture, at 3, paragraph 17.

1   Pompey's state court admission is a basis for the federal forfeiture of that same $144,001 in this case.

2   At that time, Mr. Cohen suggested that due to "logistical issues with the Bureau of Prisons" it would

3   take additional time for Mr. Cohen to obtain his client's signature and asked the Court to reschedule

4   the CMC for early April by which time he hoped to have this matter resolved.  Subsequently, the

5   clerk rescheduled the CMC for March 28, 2013.  *See* Clerk's Notice, filed January 29, 2013.

6       Since the filing of the JSMS on January 28, 2013, an issue has arisen as to defendant

7   Pompey's sentence in the state criminal case.  The state court judge sentenced Pompey to 16 years

8   to run concurrently with his federal sentence.  Today, March 22, 2013, Mr. Cohen is filing a writ of

9   habeas corpus to withdraw the plea so that Pompey can be returned to San Jose where the Deputy

10  District Attorney (DDA) Patrick Vanier, Mr. Cohen and Pompey can work out, if possible, the

11  custody and credit issues which have arisen. The DDA has not yet responded.  If the state court were

12  to allow Pompey to withdraw his plea, however, then Mr. Cohen contends that the admission during

13  the change of plea in state court that the $144,001 is proceeds could not be used in this forfeiture

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

US Case Mgmt. Stmt.
CV 09-4182 JSW                    3

1 | action. As a result, Mr. Cohen asks the Court to reschedule the case management conference for

2 | May 2, 2013 to allow the DDA and him an opportunity to resolve the issues in connection with the

3 | state criminal matter.

4 |

5 | IT IS SO STIPULATED:                     MELINDA HAAG
                                           United States Attorney
6 |

7 | Dated: March 22, 2013
                                           PATRICIA J. KENNEY
8 |                                          Assistant United States Attorney
                                           Attorneys for the United States
9 |

10 |                                        Bay Area Criminal Lawyers, PC

11 |

12 | Dated: March 22, 2013
                                           DAVID COHEN
13 |                                         Attorney for Claimant
                                           James Anthony Pompey
14 |

15 | PURSUANT TO THE FOREGOING STIPULATION IT IS SO ORDERED ON THIS 25th

16 | DAY OF MARCH, 2013, AND THE CASE MANAGEMENT CONFERENCE IS

17 | RESCHEDULED FOR ~~MAY 2, 2013 AT 9:00 A.M.~~ May 10, 2013 at 1:30 p.m. AND THE PARTIES ARE TO FILE A JOINT

18 | CASE MANAGEMENT STATEMENT ON OR BEFORE ~~APRIL 25, 2013~~ May 3, 2013.

19 |

20 |

21 |                                        HONORABLE JEFFREY S. WHITE
                                           United States District Judge
22 |

23 |

24 |

25 |

26 |

27 |

28 |

US Case Mgmt. Stmt.
CV 09-4182 JSW                        4