1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
   MIRANDA KANE (CSBN 150630)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, CA 94102
       Telephone: 415.436.6857
7      Facsimile: 415.436.7234
       Email:    patricia.kenney@usdoj.gov
8
9  Attorneys for United States of America

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,              )        No. CV 09-4182 JSW
                                           )
15                    Plaintiff,           )
                                           )
16           v.                            )        STIPULATED JUDGMENT
                                           )        OF FORFEITURE AND
17  APPROXIMATELY $144,001 IN              )        ORDER DISMISSING
    UNITED STATES CURRENCY,                )        THE INSTANT ACTION
18                                         )
                      Defendant.           )
19  _____)
                                           )
20  JAMES ANTHONY POMPEY,                  )
                                           )
21                    Claimant.            )
                                           )
22

23          On August 3, 2012, James Anthony Pompey plead guilty to Count 9 of an Indictment in

24  Superior Court for Santa Clara County charging him with conspiracy to violate California Health and

25  Safety Code 11352, and admitted a number of overt acts in furtherance of that conspiracy. *United

26  States v. Pompey,* No. 211412 (Sup. Ct., Santa Clara County), Indictment, filed June 25, 2009;

27  August 3, 2012 Transcript; Certified Docket Sheet (attached). One of the six overt acts which

28  defendant Pompey admitted was that he "on or about March 18, 2009, possessed $144,001 in illegal

1   drug proceeds at 36676 Port Fogwood, Newark, California."  Defendant $144,001 in this civil

2   forfeiture action is the same $144,001 which defendant Pompey admitted were drug proceeds. *See*

3   Complaint for Forfeiture, at 3, paragraph 17.

4          Based on the foregoing, the parties agree, subject to the Court's approval, that all right, title

5   or interest in defendant $144,001 of claimant James Anthony Pompey in this civil forfeiture action

6   be, and hereby is, forfeited to the United States without further notice to him and that the United

7   States shall, in accordance with law, dispose of the forfeited defendant. The parties further agree that

8   the instant case be dismissed.

9   IT IS SO STIPULATED:                        MELINDA HAAG
                                                United States Attorney
10
    Dated: January 3, 2013
11                                              PATRICIA J. KENNEY
                                                Assistant United States Attorney
12
                                                BAY AREA CRIMINAL LAWYERS, PC
13

14  Dated: ___6/13/13___                        DAVID J. COHEN
                                                Attorney for claimant James Anthony Pompey
15

16  Dated: ___6/13/13___                        JAMES ANTHONY POMPEY
                                                Claimant
17

18  PURSUANT TO THE FORGOING STIPULATION IT IS BY THE COURT ON THIS 17th DAY

19  OF ___JUNE___, 2013, ORDERED, ADJUDGED AND DECREED THAT ANY AND ALL

20  RIGHT, TITLE OR INTEREST IN DEFENDANT $144,001 OF CLAIMANT JAMES ANTHONY

21  POMPEY BE, AND HEREBY IS, FORFEITED TO THE UNITED STATES WITHOUT

22  FURTHER NOTICE TO CLAIMANT AND THAT THE UNITED STATES SHALL, IN

23  ACCORDANCE WITH LAW, DISPOSE OF THE FORFEITED DEFENDANT. IT IS FURTHER

24  ORDERED THAT THE INSTANT CASE BE, AND HEREBY IS, DISMISSED.

25

26

27  HONORABLE JEFFREY S. WHITE
                                                United States District Judge
28