MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.6857
    Facsimile: 415.436.7234
    Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 09-4182 JSW |
| Plaintiff, | |
| v. | STIPULATED JUDGMENT OF FORFEITURE AND ORDER DISMISSING THE INSTANT ACTION |
| APPROXIMATELY $144,001 IN UNITED STATES CURRENCY, | |
| Defendant. | |
| JAMES ANTHONY POMPEY, | |
| Claimant. | |

    On August 3, 2012, James Anthony Pompey plead guilty to Count 9 of an Indictment in Superior Court for Santa Clara County charging him with conspiracy to violate California Health and Safety Code 11352, and admitted a number of overt acts in furtherance of that conspiracy. *United States v. Pompey,* No. 211412 (Sup. Ct., Santa Clara County), Indictment, filed June 25, 2009; August 3, 2012 Transcript; Certified Docket Sheet (attached). One of the six overt acts which defendant Pompey admitted was that he "on or about March 18, 2009, possessed $144,001 in illegal

drug proceeds at 36676 Port Fogwood, Newark, California." Defendant $144,001 in this civil forfeiture action is the same $144,001 which defendant Pompey admitted were drug proceeds. *See* Complaint for Forfeiture, at 3, paragraph 17.

Based on the foregoing, the parties agree, subject to the Court's approval, that all right, title or interest in defendant $144,001 of claimant James Anthony Pompey in this civil forfeiture action be, and hereby is, forfeited to the United States without further notice to him and that the United States shall, in accordance with law, dispose of the forfeited defendant. The parties further agree that the instant case be dismissed.

IT IS SO STIPULATED:

Dated: January 3, 2013

Dated: 6/13/13

Dated: 6/13/13

MELINDA HAAG
United States Attorney

PATRICIA J. KENNEY
Assistant United States Attorney

BAY AREA CRIMINAL LAWYERS, PC

DAVID J. COHEN
Attorney for claimant James Anthony Pompey

JAMES ANTHONY POMPEY
Claimant

PURSUANT TO THE FORGOING STIPULATION IT IS BY THE COURT ON THIS 17th DAY OF JUNE, 2013, ORDERED, ADJUDGED AND DECREED THAT ANY AND ALL RIGHT, TITLE OR INTEREST IN DEFENDANT $144,001 OF CLAIMANT JAMES ANTHONY POMPEY BE, AND HEREBY IS, FORFEITED TO THE UNITED STATES WITHOUT FURTHER NOTICE TO CLAIMANT AND THAT THE UNITED STATES SHALL, IN ACCORDANCE WITH LAW, DISPOSE OF THE FORFEITED DEFENDANT. IT IS FURTHER ORDERED THAT THE INSTANT CASE BE, AND HEREBY IS, DISMISSED.

HONORABLE JEFFREY S. WHITE
United States District Judge